**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 00-7792

BARRY ALLEN BOYD,

Petitioner - Appellant,

versus

ALTON BASKERVILLE, Warden, Powhatan Correc-
tional Center,

Respondent - Appellee.

Appeal from the United States District Court for the Western Dis-
trict of Virginia, at Roanoke.  Samuel G. Wilson, Chief District
Judge.  (CA-00-882-7)

Submitted:  March 8, 2001          Decided:  March 16, 2001

Before MOTZ, TRAXLER, and KING, Circuit Judges.

Dismissed by unpublished per curiam opinion.

Barry Allen Boyd, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Barry Allen Boyd seeks to appeal the district court's order denying relief on his petition filed under 28 U.S.C.A. § 2254 (West 1994 & Supp. 2000). We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we deny a certificate of appealability and dismiss the appeal on the reasoning of the district court. Boyd v. Baskerville, No. CA-00-882-7 (W.D. Va. Dec. 7, 2000). We deny Boyd's motion to proceed in forma pauperis. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED